## Moss Brothers v. Blinn.

Where service of an original notice is served by any one, not the sheriff of the county, it must be proved by the affidavit of the person making the same.

Where an original notice was served by a constable, who made no affidavit of the service; and the defendant not appearing, judgment was rendered against him by default; *Held*, That the service was not sufficient to authorize the district court to take jurisdiction of, and render judgment against, the defendent.

*Appeal from the Fayette District Court.*

THURSDAY, DECEMBER 9.

Suit upon a promissory note, commenced in the district court. The other facts in the case, are stated in the opinion of the court. The defendant appeals.

*McClintock & Ainsworth*, for the appellant.

No appearance for the appellee.

WRIGHT, C. J.—This action was commenced in the dis-

trict court.   The original notice was returned served by a constable.   Defendant did not appear, and judgment was rendered againt him by default.   The service was not sufficient to authorize the district court to take jurisdiction, and render the judgment.   Where service is made by any one, not the sheriff of the county, it must be proved by the affidavit of the person making the same.   Code, section 1718, 1732.   No such affidavit was made by the constable in this case.

Judgment reversed.